UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MICHAEL EDWARD KING (#91377)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

NO. 15-586-JJB-RLB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Richard L. Bourgeois dated December 4, 2015 (doc. no. 8) to which no objection has been filed.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, this action is DISMISSED, with prejudice, as legally frivolous, and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A, without prejudice to his right to pursue habeas corpus relief.

Baton Rouge, Louisiana, this 5th day of January, 2016.

_____
JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA